

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

EXHIBIT

1



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



# AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



# AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



## AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



## AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
       lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
    christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



## AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
       kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was not served on 1/20/2026

**D012 PECO FOODS INC.**

**Corresponding To**

OTHER

RETURN SLIP NOT SIGNED

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Foster Poultry Farms, LLC
c/o CT Corporation System
2 N Jackson Street, Suite 605
Montgomery, AL 36104



9590 9402 6966 1225 1713 67

2. Article Number (Transfer from service label)

9589 0710 5270 0072 2061 30

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tiff Ford_     ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Tiffany Ford                     1-14-26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6966 1225 1713 67

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RASHAWN F. HARRIS

BULLOCK COUNTY CIRCUIT CLERK

P.O. BOX 230

UNION SPRINGS, AL 36089

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Continental Grain Company
C/o CT Corporation System
2 N Jackson St. Suite 605
Montgomery, AL 36104

‖‖‖‖‖‖‖‖‖‖‖‖ barcode ‖‖‖‖‖‖‖‖‖‖

9590 9402 9128 4225 2330 96

2. Article Number *(Transfer from service label)*

9589 0710 5270 0072 2064 82

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Tiff Ford_   ☒ Agent
                ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Tiffany Ford    1-14-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## USPS TRACKING #



9590 9402 9128 4225 2330 96

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

RASHAWN F. HARRIS

BULLOCK COUNTY CIRCUIT CLERK

P.O. BOX 230

UNION SPRINGS, AL 36089



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Koch Foods of Alabama, LLC

c/o CT Corporation System

2 N Jackson Street, Suite 605

Montgomery, AL 36104

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6966 1225 1710 60

2. Article Number *(Transfer from service label)*

9589 0710 5270 0072 2061 23

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Tiff Ford_    ☒ Agent
                 ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Tiffany Ford     1-14-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ____ Mail Restricted Delivery
   ____500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

## USPS TRACKING #



9590 9402 6966 1225 1710 60

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RASHAWN F. HARRIS

BULLOCK COUNTY CIRCUIT CLERK

P.O. BOX 230

UNION SPRINGS, AL 36089





**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



## AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

### IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**



09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
    christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
    kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



## AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
       kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
        lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D013 FOSTER POULTRY FARMS, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
    christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
       kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
       kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
    lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
        christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
        lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
       kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/16/2026

**D009 CONTINENTAL GRAIN COMPANY**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



## AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
    christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
    lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
       christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: CROW CHRISTINA DIANE
christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
      kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
     lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
      christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

### IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To: MITCHELL KIJANA DJMON
kijana.mitchell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280

**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  CROW CHRISTINA DIANE
     christy.crow@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



AlaFile E-Notice

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:  MITCHELL KIJANA DJMON
     kijana.mitchell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280



**AlaFile E-Notice**

09-CV-2026-900001.00

Judge: HON. BURT SMITHART

To:   LITTELL COURSON CAROLYN E
      lisa.littell@jinkscrow.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES HERBERT AYERS ET AL V. AGRI STATS, INC. ET AL
09-CV-2026-900001.00

The following matter was served on 1/14/2026

**D011 KOCH FOODS OF ALABAMA, LLC**

**Corresponding To**

CERTIFIED MAIL

RASHAWN HARRIS
CIRCUIT COURT CLERK
BULLOCK COUNTY, ALABAMA
P.O. BOX 230
UNION SPRINGS, AL, 36089

334-738-2280