# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAMES HERBERT AYERS, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CASE NO. _____** |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| **AGRI STATS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT AGRI STATS, INC.'S CONSENT TO REMOVAL

COMES NOW Defendant Agri Stats, Inc., and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11, 2026. Defendant Agri Stats, Inc., agrees with the Notice of Removal and consents to the removal of this action to federal court. By consenting to the removal of this action to this Court, Defendant Agri Stats, Inc., does not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

/s/ Eric Scholer
Eric Scholer
President, Agri Stats, Inc.
6510 Mutual Drive
Fort Wayne, Indiana  46825
Tel.:  (260) 407-2700
Email:  escholer@expressmarketsinc.com

**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HERBERT AYERS, et al. ) | CASE NO. _____ |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AGRI STATS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS PERDUE FARMS INC. AND PERDUE FOODS LLC'S CONSENT TO REMOVAL

COMES NOW Defendants Perdue Farms, Inc., and Perdue Foods, LLC and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11, 2026. Defendants Perdue Farms, Inc. and Perdue Foods, LLC agree with the Notice of Removal and consent to the removal of this action to federal court. By consenting to the removal of this action to this Court, Defendants Perdue Farms, Inc. and Perdue Foods, LLC., do not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

Herbert D. Frerichs, Jr., Esq.
General Counsel
Perdue Farms, Inc. and Perdue Foods, LLC

31149 Old Ocean City Rd.
Salisbury, MD 21804

1

25521478.2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JAMES HERBERT AYERS, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CASE NO. _____** |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **AGRI STATS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT TYSON FOODS, INC.'S CONSENT TO REMOVAL

COMES NOW Defendant Tyson Foods, Inc. ("Tyson")[1], and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC, and Wayne-Sanderson Farms LLC intends to file a Notice of Removal of this action on February 11, 2026. Tyson agrees with the Notice of Removal and consents to the removal of this action to federal court. By consenting to the removal of this action to this Court, Tyson does not waive any defenses, objections, or motions available under state or federal law.

This 9th day of February, 2026.

/s/ Hays Doan
Name: Hays Doan
Title: Senior Counsel, Tyson Foods, Inc.
Address: 2200 West Don Tyson Parkway,
Springdale, AR 72762
Telephone: (720) 431-4585
Email: Hays.Doan@tyson.com

---

[1] Plaintiffs have named Tyson as a defendant in its alleged capacity as "successor" to Keystone Foods, LLC, "Equity Group," and "Charoen Phopkhand; Foods." Without conceding that Tyson has any successor liability as to any of those entities with respect to the allegations of Plaintiffs' complaint, Tyson submits this consent to removal individually and in its capacity as the alleged successor of each of those entities.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **James Herbert Ayers, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| **Pilgrim's Pride Corporation, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT PILGRIM'S PRIDE CORPORATION'S
## CONSENT TO REMOVAL

Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride") hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11, 2026. Defendant Pilgrim's Pride agrees with the Notice of Removal and consents to the removal of this action to federal court. By consenting to the removal of this action to this Court, Defendant Pilgrim's Pride, does not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

/s/ Wesley B. Gilchrist

/s/ Wesley B. Gilchrist

**OF COUNSEL:**
Wesley B. Gilchrist (asb-4083-e43g; GIL066)
Solomon S. Thomas (ASB-6416-L32U; THO267)
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (facsimile)
wgilchrist@lightfootlaw.com
sthomas@lightfootlaw.com

*Attorneys for Pilgrim's Pride Corporation*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAMES HERBERT AYERS, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **CASE NO.** _____ |
| **v.** | ) |
| | ) **JURY TRIAL DEMANDED** |
| **AGRI STATS, INC., et al.** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT KOCH FOODS, INC.'S CONSENT TO REMOVAL

COMES NOW Defendant Koch Foods, Inc., and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC, and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11, 2026. Defendant Koch Foods Inc. agrees with the Notice of Removal and consents to the removal of this action to federal court. By consenting to the removal of this action to this Court, Defendant Koch Foods, Inc. does not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

/s/ Mark Kaminsky
Mark Kaminsky
Secretary and Chief Operating Officer
Koch Foods, Inc.
1300 West Higgins Road
847-384-5940
Mark.Kaminsky@kochfoods.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAMES HERBERT AYERS, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CASE NO. _____** |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| **AGRI STATS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT KOCH FOODS OF ALABAMA, LLC'S CONSENT TO REMOVAL

COMES NOW Defendant Koch Foods of Alabama, LLC, and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC, and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11, 2026. Defendant Koch Foods of Alabama, LLC agrees with the Notice of Removal and consents to the removal of this action to federal court. By consenting to the removal of this action to this Court, Defendant Koch Foods of Alabama, LLC does not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

/s/    Mark Kaminsky
Mark Kaminsky
Secretary
Koch Foods of Alabama, LLC
1300 West Higgins Road
847-384-5940
Mark.Kaminsky@kochfoods.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAMES HERBERT AYERS, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CASE NO. _____** |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **AGRI STATS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT PECO FOODS, INC.'S CONSENT TO REMOVAL

COMES NOW Defendant Peco Foods, Inc., and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, Case No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b).  Defendants Wayne Farms LLC, and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11th, 2026.  Defendant Peco Foods, Inc., agrees with the Notice of Removal and consents to the removal of this action to federal court.  By consenting to the removal of this action to this Court, Defendant Peco Foods, Inc., does not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

/s/ Patrick Noland
Patrick Noland
Chief Financial Officer
Peco Foods, Inc.
1101 Greensboro Ave
Tuscaloosa, AL 35401
pnoland@pecofoods.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JAMES HERBERT AYERS, et al.** )<br>)<br>    **Plaintiffs,** )<br>)<br>                              )<br>**v.** )<br>)<br>**AGRI STATS, INC., et al.** )<br>)<br>    **Defendants.** ) | **CASE NO. _____**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FOSTER FARMS, LLC'S CONSENT TO REMOVAL**

COMES NOW Defendant Foster Farms, LLC and hereby consents to the removal of this action, currently pending in the Circuit Court of Bullock County, Alabama, No.: 09-CV-2026-900001, to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1446(b). Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC filed a Notice of Removal of this action on February 11, 2026. Defendant Foster Farms, LLC, agrees with the Notice of Removal and consents to the removal of this action to federal court. By consenting to the removal of this action to this Court, Defendant Foster Farms, LLC, does not waive any defenses, objections, or motions available under state or federal law.

This 11th day of February, 2026.

                                                                                 */s/* Randy Boyce_____
                                                                                 Randy Boyce
                                                                                 General Counsel and Chief Compliance Officer
                                                                                 Foster Farms, LLC
                                                                                 1000 Davis Street
                                                                                 Livingston, CA 95334
                                                                                 (209) 394-6972
                                                                                 Randy.Boyce@fosterfarms.com