# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| James Herbert Ayers, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:26-cv-00092 |
| Pilgrim's Pride Corporation, et al. | ) |
| Defendants. | ) |

## PILGRIM'S PRIDE CORPORATION'S JOINDER IN REMOVAL

Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride") hereby consents to and joins in the removal of the above-entitled cause from the Circuit Court of Bullock County, Alabama, where it was pending as Case No. 09-CV-2026-900001, to this Court. Pilgrim's Pride adopts the notice of removal, Doc. 1, filed on February 11, 2026, and all grounds for removal of this action as stated therein. By consenting to and joining in the removal of this action to this Court, Pilgrim's Pride does not waive or relinquish any substantive or procedural rights, claims, defenses, objections, or motions under state or federal law.

                                                */s/ Wesley B. Gilchrist*
                                                Wesley B. Gilchrist

**OF COUNSEL:**
Wesley B. Gilchrist (asb-4083-e43g; GIL066)
Solomon S. Thomas (ASB-6416-L32U; THO267)
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (facsimile)
wgilchrist@lightfootlaw.com
sthomas@lightfootlaw.com
*Attorneys for Pilgrim's Pride Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                      */s/ Wesley B. Gilchrist*
                                      OF COUNSEL