# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **James Herbert Ayers, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No.: 2:26-cv-00092 |
| | ) | |
| **Pilgrim's Pride Corporation, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS PILGRIM'S PRIDE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pilgrim's Pride Corporation states that its Common Stock, par value $0.01 per share, is publicly traded on the NASDAQ market (Ticker: PPC). More than 10% of Pilgrim's Pride's common stock is owned by an indirect subsidiary of JBS N.V., a public limited liability company organized under Dutch law that is publicly traded on the New York Stock Exchange (Ticker: JBS).

Dated: February 11, 2026.

*/s/ Wesley B. Gilchrist*
Wesley B. Gilchrist

OF COUNSEL:
Wesley B. Gilchrist (asb-4083-e43g; GIL066)
Solomon S. Thomas (ASB-6416-L32U; THO267)
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (facsimile)
wgilchrist@lightfootlaw.com
sthomas@lightfootlaw.com
*Attorneys for Pilgrim's Pride Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Wesley B. Gilchrist*
OF COUNSEL