# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES HERBERT AYERS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 2:26-cv-00092-RAH-SMD |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| AGRI STATS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT AGRI STATS, INC.'S JOINDER IN NOTICE OF REMOVAL

Comes now Defendant Agri Stats, Inc., and by and through undersigned counsel, joins in the Notice of Removal that Defendants Wayne Farms, LLC and Wayne-Sanderson Farms, LLC filed in this action on February 11, 2026, and reaffirms its consent to the removal. By agreeing with, joining, and consenting to the Notice of Removal, Defendant Agri Stats, Inc. does not waive any defenses, objections, or motions available to it under state or federal law.

Respectfully submitted,

February 11, 2026

*s/ Joshua J. Jackson*
Joshua J. Jackson (ASB-8286-U79J))
**SAMFORD & DENSON, LLP**
Post Office Box 2345
Opelika, AL 36803-2345
Telephone: (334) 745-3504
Facsimile: (334) 745-3506
Email: jackson@samfordlaw.com

*Attorneys for Defendant*
*Agri Stats, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Defendant Agri Stats, Inc.'s Joinder in Notice of Removal with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically this the 11th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
**JINKS CROW, PC**
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com
Email: kijana.mitchell@jinkscrow.com

            *s/ Joshua J. Jackson*