IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES HERBERT AYERS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. |
| v. | ) | 2:26-CV-00092-RAH-SMD |
| | ) | |
| AGRI STATS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and enters this Notice of Appearance as counsel on behalf of Defendant Agri Stats, Inc.

The undersigned respectfully requests that the Court take notice of this appearance and include the undersigned on all future court notices.

Respectfully submitted this the  11th  day of February, 2026.

 

*s/ Joshua J. Jackson*
Joshua J. Jackson (ASB-8286-U79J)
**SAMFORD & DENSON, LLP**
Post Office Box 2345
Opelika, AL 36803-2345
Telephone: (334) 745-3504
Facsimile: (334) 745-3506
Email: jackson@samfordlaw.com
*Attorney for Defendant Agri Stats, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing, Defendant Agri Stats, Inc.'s Notice of Appearance with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically this the 11th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
**JINKS CROW, PC**
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com
Email: kijana.mitchell@jinkscrow.com

                                        *s/ Joshua J. Jackson*
                                        OF COUNSEL