# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES HERBERT AYERS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:26-cv-00092-RAH-SMD |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| AGRI STATS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## KOCH FOODS DEFENDANTS' JOINDER IN REMOVAL

Defendants Koch Foods of Alabama LLC and Koch Foods Incorporated ("Koch Foods Defendants") hereby consent and join in the removal of the above-titled action from the Circuit Court of Bullock County, Alabama, Case No. 09-CV-2026-900001, to this Court. Koch Foods Defendants adopt the notice of removal, Doc. 1, filed on February 11, 2026, and all grounds for removal of this action as stated therein. By consenting to and joining in the removal of this action, Koch Foods Defendants do not waive or relinquish any substantive or procedural rights, claims, defenses, objections, or motions under state or federal law.

*s/ Kayla M. Wunderlich*
**KAYLA M. WUNDERLICH**
Alabama Bar No. 1424-x20m
kwunderlich@bakerdonelson.com

**RACHEL V. BARLOTTA**
Alabama Bar No. 4082-h67v
rbarlotta@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 328-0480

**SCOTT W. PEDIGO**
Alabama Bar No. 8974-I365
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
spedigo@bakerdonelson.com

**RUSSELL W. GRAY**
Tennessee Bar No. 016120
*Pro Hac Vice Forthcoming*
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
Telephone: (423) 209-4218
rgray@bakerdonelson.com

*Attorneys for Defendants Koch Foods Incorporated and Koch Foods of Alabama LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically and via U.S. Mail this the 11th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
JINKS CROW, PC
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com
Email: kijana.mitchell@jinkscrow.com

*s/ Kayla M. Wunderlich*
KAYLA M. WUNDERLICH