IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HERBERT AYERS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:26-cv-00092-RAH-SMD |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| AGRI STATS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## KOCH FOODS DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 7.1, and General Order No. 3047, Defendants Koch Foods of Alabama LLC and Koch Foods Incorporated. ("Koch Foods Defendants") hereby submit their Corporate Disclosure Statement and state as follows:

Koch Foods of Alabama LLC has not issued shares or debt securities to the public. No parent, subsidiary, or affiliate of Koch Foods of Alabama LLC has issued shares or debt securities to the public, nor does any publicly owned company own ten percent or more of the stock of Koch Foods of Alabama LLC. Koch Foods Incorporated is the sole member of Koch Foods of Alabama LLC. Koch Foods Incorporated has not issued shares or debt securities to the public. No parent, subsidiary, or affiliate of Koch Foods Incorporated has issued shares or debt securities to the public, nor does any publicly owned company own ten percent or more of the stock of Koch Foods Incorporated. The Koch Foods Defendants are in the poultry processing business.

Respectfully submitted February 11, 2026.

*s/ Kayla M. Wunderlich*
**KAYLA M. WUNDERLICH**
Alabama Bar No. 1424-x20m
kwunderlich@bakerdonelson.com

**RACHEL V. BARLOTTA**
Alabama Bar No. 4082-h67v

rbarlotta@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 328-0480

**SCOTT W. PEDIGO**
Alabama Bar No. 8974-I365
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
spedigo@bakerdonelson.com

**RUSSELL W. GRAY**
Tennessee Bar No. 016120
*Pro Hac Vice Forthcoming*
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
Telephone: (423) 209-4218
rgray@bakerdonelson.com

***Attorneys for Defendants Koch Foods Incorporated and Koch Foods of Alabama LLC***

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically and via U.S. Mail this the 11th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
JINKS CROW, PC
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com

2

Email: kijana.mitchell@jinkscrow.com

*s/ Kayla M. Wunderlich*
KAYLA M. WUNDERLICH