# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES HERBERT AYERS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 2:26-cv-00092 |
| | ) | |
| v. | ) | |
| | ) | |
| AGRI STATS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT PECO FOODS, INC.'S JOINDER TO DEFENDANTS' WAYNE FARMS LLC AND WAYNE SANDERSON FARMS LLC'S NOTICE OF REMOVAL

COMES NOW Defendant Peco Foods, Inc. ("Peco") by and through the undersigned counsel and hereby joins Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC's Notice of Removal filed with this Court on February 11, 2026. Defendant Peco agrees with the Notice of Removal and consents to and joins the removal of this action to federal court. By consenting to and joining the removal of this action to this Court, Defendant Peco does not waive any defenses, objections, or motions available under state or federal law.

Respectfully submitted, this 11th day of February, 2026.

/s/ *Joel P. Smith, Jr.*
Joel P. Smith, Jr. (ASB-0328-M46J)
**JOEL P. SMITH, JR., LLC**
109 N. Randolph Avenue
Eufaula, AL 36027
Telephone: (334) 687-5834
Facsimile: (334) 687-5722
joel@jsmithfirm.com

Boris Bershteyn (*pro hac vice* admission forthcoming; NY Bar No. 4296000)
Lara Flath (*pro hac vice* admission forthcoming; NY Bar No. 5723481)
Sam Auld (*pro hac vice* admission forthcoming; NY Bar No. 5325824)

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

*Counsel for Defendant Peco Foods, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Joinder to Defendants' Wayne Farms LLC and Wayne-Sanderson Farms LLC's Notice of Removal, with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically this the 11th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
**JINKS CROW, PC**
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com
Email: kijana.mitchell@jinkscrow.com

/s/ *Joel P. Smith, Jr.*
Of Counsel