IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES HERBERT AYERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-00092-RAH-SMD |
| | ) | |
| AGRI STATS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS PERDUE FARMS INC. AND PERDUE FOODS LLC'S
JOINDER TO DEFENDANTS' WAYNE FARMS LLC AND WAYNE-SANDERSON
FARMS LLC'S NOTICE OF REMOVAL**

COMES NOW Defendants Perdue Farms, Inc. and Perdue Foods, LLC by and through the undersigned counsel and hereby joins Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC's Notice of Removal filed with this Court on February 11, 2026. Defendants Perdue Farms, Inc. and Perdue Foods, LLC agree with the Notice of Removal and consents to and joins the removal of this action to federal court. By consenting to and joining the removal of this action to this Court, Defendants Perdue Farms, Inc. and Perdue Foods, LLC., do not waive any defenses, objections, or motions available under state or federal law.

Respectfully submitted, this 12th day of February, 2026.

/s/ Josh C. Harrison
Josh C. Harrison (asb-3775-o76h)
Bryan Grayson (asb-8944-n65g)
**Ogletree Deakins, Nash, Smoak & Stewart, P.C.**
420 20th Street North, Suite 1900
Birmingham, AL 35203
Telephone: 205-328-1900
josh.harrison@ogletreedeakins.com
bryan.grayson@ogletreedeakins.com

J. Douglas Baldridge (*pro hac vice* admission forthcoming)
Danielle Foley (*pro hac vice* admission forthcoming)
Lisa Jose Fales (*pro hac vice* admission forthcoming)
Andrew Hernacki (*pro hac vice* admission forthcoming)
**Venable LLP**
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

*Counsel for Defendants Perdue Farms, Inc. and Perdue Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Joinder to Defendants' Wayne Farms LLC and Wayne-Sanderson Farms LLC's Notice of Removal, with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically this the 12th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
**JINKS CROW, PC**
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com
Email: kijana.mitchell@jinkscrow.com

/s/ Josh C. Harrison
Of Counsel