# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **James Herbert Ayers, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:26-cv-00092-RAH-SMD |
| | ) |
| **Agri Stats, Inc., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION TO STAY DEADLINES

Plaintiffs and Defendants jointly move the Court to stay (1) Defendants' deadline to respond by pleading or motion to the complaint and (2) the parties' deadline to conduct a discovery planning conference until after the Court decides Plaintiffs' forthcoming motion to remand. The parties mutually agree that a stay of these deadlines will not prejudice any party and will advance the interests of justice and economy by postponing potentially unnecessary motion practice and the commencement of discovery obligations until after the Court resolves the threshold question of jurisdiction.

The parties also note that this is one of three actions involving substantially identical claims by individuals who allege they were employed by one or more of the defendant poultry processors and which were recently removed to this Court. In the two other actions, the Court has entered orders staying all deadlines pending resolution of anticipated motions to remand those cases. *See Adams et al. v. Agri*

*Stats, Inc., et al.*, No. 2:26-cv-00050-CWB (February 11, 2026, Order, Dkt. No. 55); *Anglin et al. v. Agri Stats, Inc., et al.*, No. 2:26-cv-00054-BL-JTA (February 12, 2026, Order, Dkt. No. 55).

In further support of this motion, the parties state as follows:

1. This action was filed in the Circuit Court of Bullock County, Alabama, on January 7, 2026. Doc. 1-1.

2. Defendants removed this action to this Court on February 11, 2026. Doc. 1.

3. Defendants' initial deadline to respond to the complaint is February 18, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C).

4. Plaintiffs intend to move to remand this action to state court. Defendants will oppose Plaintiffs' motion to remand.

5. The parties agree that a stay of Defendants' deadline to respond to the complaint, and also of the parties' deadline to conduct a discovery planning conference, will allow the Court and the parties to focus on the forthcoming motion to remand and preserve the Court's and the parties' resources until after the Court has resolved the threshold question of its jurisdiction.

6. The parties also agree that no party will be prejudiced by the extension requested herein.

7. As indicated by their signatures below, counsel for all parties to this action have consented to and joined in this motion.

WHEREFORE, the parties respectfully request that the Court enter an order staying (1) Defendants' deadline to respond by pleading or motion to the complaint and (2) the parties' deadline to hold a discovery planning conference until after the Court decides Plaintiffs' forthcoming motion to remand and subject to further orders of the Court.

Respectfully submitted this 16th day of February 2026,

/s/ Christina Diane Crow (w/ permission)
Christina Diane Crow
Carolyn Elizabeth Littell Courson
Kijana Djmon Mitchell
JINKS CROW & DICKSON, PC
219 Prairie St N.
Union Springs, AL 36089
christy.crow@jinkscrow.com
lisa.littell@jinkscrow.com
kijana.mitchell@jinkscrow.com

*Attorneys for Plaintiffs*

/s/ Joshua Jonathan Jackson (w/ permission)
Joshua Jonathan Jackson
SAMFORD & DENSON, LLP
PO Box 2345
Opelika, AL 36803-2345
334-745-3504
jackson@samfordlaw.com

William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
202-637-6440
william.monts@hoganlovells.com

*Attorneys for Agri Stats, Inc.*

/s/ Josh Chandler Harrison (w/ permission)
Josh Chandler Harrison
Bryan Andrew Grayson
OGLETREE DEAKINS NASH SMOAK & STEWART PC
420 20th Street North; Suite 1900
Birmingham, AL 35203
205-328-1900
josh.harrison@ogletreedeakins.com
bryan.grayson@ogletree.com

J. Douglas Baldridge (admitted *pro hac vice*)
Danielle Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew Hernacki (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com
drfoley@venable.com
ljfales@venable.com
athernacki@venable.com

*Attorneys for Perdue Farms, Inc.*
*and Perdue Foods, LLC*

/s/ Zachary Allen Madonia (w/ permission)
Zachary Allen Madonia
William Chadwick Lamar, Jr.
BRADLEY ARANT BOULT CUMMINGS
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
205-521-8533
clamar@bradley.com
zmadonia@bradley.com

Abram J. Ellis (*pro hac vice* forthcoming)
John Terzaken (*pro hac vice* forthcoming)

Jordan Krieger (*pro hac vice* forthcoming)
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
202-636-5500

*Attorneys for Tyson Foods, Inc.*

/s/ *Wesley B. Gilchrist*
Wesley B. Gilchrist (asb-4083-e43g; GIL066)
Solomon S. Thomas (ASB-6416-L32U; THO267)
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
wgilchrist@lightfootlaw.com
sthomas@lightfootlaw.com

*Attorneys for Pilgrim's Pride Corporation*

/s/ *R. Pepper Crutcher, Jr. (w/ permission)*
R. Pepper Crutcher, Jr.
BALCH & BINGHAM LLP
188 East Capital Street; Suite 1400
Jackson, MS 39201
601-965-8158
pcrutcher@balch.com

John Garland Smith
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101
334-269-3150
jgsmith@balch.com

Charles Alan Burkhart
Jack McKendree Surber
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203

205-251-8100
cburkhart@balch.com
jsurber@balch.com

*Attorneys for Wayne Farms LLC and Wayne-Sanderson Farms LLC*

s/ *Scott W. Pedigo (w/ permission)*
Scott W. Pedigo (ASB-8974-I365)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
spedigo@bakerdonelson.com

Kayla M. Wunderlich (ASB-1424-x20m)
Rachel V. Barlotta (ASB-4082-h67v)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
kwunderlich@bakerdonelson.com
rbarlotta@bakerdonelson.com

Russel W. Gray (*pro hac vice forthcoming*)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
Telephone: (423) 209-4218
rgray@bakerdonelson.com

*Attorneys for Koch Foods, Inc. and Koch Foods of Alabama, LLC*

/s/*Joel P. Smith, Jr. (w/ permission)*
Joel Pierce Smith, Jr.
JOEL P. SMITH, JR., LLC

109 N. Randolph Avenue
Eufaula, AL 36027
334-687-5834
joel@jsmithfirm.com

Lara Flath (*pro hac vice* forthcoming)
Boris Bershteyn (*pro hac vice* forthcoming)
Sam Auld (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
212-735-3000

*Attorneys for Peco Foods, Inc.*

/s/ *Thomas Frank Kelly, Jr. (w/ permission)*
Thomas Frank Kelly, Jr.
THE KELLY LAW FIRM PC
P.O. Box 605
Clayton, AL 36016
334-775-8009
tfkelly@bellsouth.net

Carmine Zarlenga (*pro hac vice* forthcoming)
Katherine Monks Bleicher (*pro hac vice* forthcoming)
Oral Pottinger (*pro hac vice* forthcoming)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
202-663-3000

*Attorneys for Foster Poultry Farms, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 16th day of February, 2026, a copy of the foregoing was electronically with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

         */s/ Wesley B. Gilchrist*
         OF COUNSEL