# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES HERBERT AYERS, et al. )<br>)<br>)<br>     **Plaintiffs,** )<br>)<br>v. )<br>)<br>AGRI STATS, INC., et al. )<br>)<br>     **Defendants.** ) | CASE NO. 2:26-cv-00092 |

## DEFENDANT FOSTER POULTY FARMS, LLC'S JOINDER TO DEFENDANTS WAYNE FARMS LLC AND WAYNE SANDERSON FARMS LLC'S NOTICE OF REMOVAL

COMES NOW Defendant Foster Poultry Farms, LLC ("Foster Farms") by and through the undersigned counsel and hereby joins Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC's Notice of Removal filed with this Court on February 11th, 2026. Defendant Foster Farms agrees with the Notice of Removal and consents to and joins the removal of this action to federal court. By consenting to and joining the removal of this action to this Court, Defendant Foster Farms does not waive any defenses, objections, or motions available under state or federal law.

Respectfully submitted, this 17th day of February, 2026.

                                        */s/ Carmine Zarlenga*
                                      Carmine Zarlenga (*pro hac vice* admission forthcoming)
                                      Oral Pottinger (*pro hac vice* admission forthcoming)
                                      Katherine Monks Bleicher (*pro hac vice* admission forthcoming)
                                      **MAYER BROWN LLP**
                                      1999 K Street NW
                                      Washington, DC 20006
                                      Telephone: (202) 663-3000

Facsimile: (202) 263-5282
czarlenga@mayerbrown.com
opottinger@mayerbrown.com
kbleicher@mayerbrown.com


*/s/ Thomas Kelly*
Thomas F. Kelly (KEL056)
The Kelly Law Firm, P.C.
Thomas F. Kelly
Attorney at Law
Post Office Box 605
Clayton, Alabama 36016
(334) 775-8009

*Counsel for Defendant Foster Poultry Farms, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Joinder to Defendants Wayne Farms LLC and Wayne-Sanderson Farms LLC's Notice of Removal, with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically this 17th day of February, 2026:

Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
**JINKS CROW, PC**
219 North Prairie Street
Union Springs, AL 36089
Email: christy.crow@jinkscrow.com
Email: lisa.littell@jinkscrow.com
Email: kijana.mitchell@jinkscrow.com

                                                       */s/ Thomas Kelly*
                                                       Of Counsel